USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/18/2024__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

YOUNG,

        **Plaintiff,**

-against-

LEWIS UNIVERSITY,

        **Defendant.**

**23-CV-10109 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days.  All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:    **March 18, 2024**
           New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**