UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LESHAWN YOUNG, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                Plaintiffs,

           v.

LEWIS UNIVERSITY,

                Defendant.

------------------------------------- x

No.: 1:23-cv-10109

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), LESHAWN YOUNG, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, LEWIS UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
March 26, 2024

                                            **GOTTLIEB & ASSOCIATES PLLC**

                                            _/s/Michael A. LaBollita, Esq._

                                            Michael A. LaBollita, Esq., (ML-9985)
                                            150 East 18th Street, Suite PHR
                                            New York, NY 10003
                                            Phone: (212) 228-9795
                                            Fax: (212) 982-6284
                                            Michael@Gottlieb.legal

                                            _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge